SETH J. SCHWARTZ (State Bar No. 103357)
DENISE J. SERRA (State Bar No. 80602)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

STIMMEL, STIMMEL & SMITH
A Professional Corporation
LEE D. STIMMEL, ESQ. (State Bar No. 58405)
e-mail:  lstimmel@stimmel-law.com
155 Montgomery Street, 12th Floor
San Francisco, California 94104-3973
Telephone:  (415) 392-2018
Facsimile:  (415) 391-2124

Attorneys for Plaintiffs
KRISTI VERMA, VISHAL VERMA and ZENTEK
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI VERMA, VISHAL VERMA AND ZENTEK CORPORATION, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EFRAT OKEV, LLOYD BURTON AND AUGZENTA, INC., a Missouri Corporation, and; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00865-MCE-EFB<br><br>**ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** |

**IT IS HEREBY ORDERED** that the time to file the JOINT STATUS REPORT is extended, and that the JOINT STATUS REPORT shall be filed on or before August 2, 2013.

DATED: June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER EXTENDING TIME TO FILE JOINT
STATUS REPORT - CASE NO. 2:13-CV-00865-MCE-EFB