SETH J. SCHWARTZ (State Bar No. 103357)
DENISE J. SERRA (State Bar No. 80602)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

STIMMEL, STIMMEL & SMITH
A Professional Corporation
LEE D. STIMMEL, ESQ. (State Bar No. 58405)
e-mail: lstimmel@stimmel-law.com
155 Montgomery Street, 12th Floor
San Francisco, California 94104-3973
Telephone: (415) 392-2018
Facsimile: (415) 391-2124

Attorneys for Plaintiffs
KRISTI VERMA, VISHAL VERMA and ZENTEK
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI VERMA, VISHAL VERMA AND ZENTEK CORPORATION, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EFRAT OKEV, LLOYD BURTON AND AUGZENTA, INC., a Missouri Corporation, and; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00865-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARINGS ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, AND ESTABLISHING BRIEFING SCHEDULE THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants to continue the date of hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint For Failure To State A Claim For Relief and Motion To Dismiss For Lack of Personal Jurisdiction, and to establish a briefing schedule as follows:

WHEREAS on or about July 4, 2013, plaintiffs filed their Motion to Dismiss Plaintiffs'

Complaint For Failure to State A Claim For Relief and Motion To Dismiss For Lack of Personal Jurisdiction, setting the hearing on said motions for August 8, 2013;

WHEREAS, plaintiffs have requested defendants agree to continue said motions to a future date and to stipulate to allowing defendants additional time to prepare their oppositions to said motions, and whereas defendants are agreeable to continuing the hearings and allowing plaintiffs additional time to prepare their oppositions;

WHEREAS no prior continuances have been requested or given;

WHEREAS, the court clerk has been notified of the desire of the parties to this action to continue said hearings to September 5, 2013, and states that said date is available for the Court to hear said motion should the Court so order;

WHEREAS, the Parties agree to continue the hearings on said motions to September 5, 2013, and to a new briefing schedule based upon the new hearing date;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties to continue the hearings on Plaintiffs' Motion to Dismiss Plaintiffs' Complaint For Failure To State A Claim For Relief and Motion To Dismiss For Lack of Personal Jurisdiction to **September 5, 2013**, that Plaintiffs shall file their Oppositions to the Motions to Dismiss Plaintiffs' Complaint For Failure to State A Claim For Relief And Motion To Dismiss For Lack of Personal Jurisdiction on or before due on **August 22, 2013,** and that Defendants shall file their Replies to said Motions on or before **August 29, 2013.**

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

Dated:  June 24, 2013           MCNAMARA, NEY, BEATTY, SLATTERY,
                                BORGES & AMBACHER LLP


                                By: _____
                                    Seth J. Schwartz
                                    Denise J. Serra
                                    Attorneys for Plaintiffs
                                    Kristi Verma, Vishal Verma, and Zentek Corporation

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

Dated:  June 24, 2013            STIMMEL, STIMMEL & SMITH, P.C.


By:  /s/ Lee D. Stimmel
Lee D. Stimmel
Attorneys for Plaintiffs
Kristi Verma, Vishal Verma, and Zentek Corporation


Dated:  June 24, 2013            PFEIFFER THIGPEN FITZGIBBON & ZIONTZ LLP


By:  /s/ Thomas N. FitzGibbon
Thomas N. FitzGibbon
Attorneys for Defendants
Efrat Okev, Lloyd Burton and Augzenta, Inc.

## ORDER

Pursuant to the parties' stipulation and good cause appearing, **IT IS HEREBY ORDERED** that the hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint For Failure to State A Claim For Relief (ECF No. 14) and Motion To Dismiss For Lack of Personal Jurisdiction (ECF No. 15), is continued from August 8, 2013, to **September 5, 2013**, at 2:00 p.m. in Courtroom 7.

**IT IS FURTHER ORDERED** that the briefing schedule shall be as follows:  Plaintiffs shall file their Oppositions to the Motions to Dismiss Plaintiffs' Complaint For Failure to State A Claim For Relief And Motion To Dismiss For Lack of Personal Jurisdiction on or before **August 22, 2013.**  Defendants shall file their Replies to said Motions on or before **August 29, 2013.**

**Dated:  July 26, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO CONTINUE HEARINGS ON
MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE -
CASE NO. 2:13-CV-00865-MCE-EFB

3

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330