1  Lee D. Stimmel (Bar No. 58405)
   lstimmel@stimmel-law.com
2  STIMMEL, STIMMEL & SMITH
   155 Montgomery Street, 12th Floor
3  San Francisco, California 94104-3973
   Telephone:  415.39202018
4  Facsimile:  415.391.2124

5  Seth J. Schwartz (Bar No. 103357)
   sschwartz@archernorris.com
6  ARCHER NORRIS PLC
   2033 North Main Street, Suite 800
7  Walnut Creek, CA  94596-3759
   Telephone:   925.930.6600
8  Facsimile:   925.930.6620

9  Attorneys for Plaintiffs and Counterdefendants
   KRISTI VERMA, VISHAL VERMA and ZENTEK
10 CORPORATION

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  KRISTI VERMA, et al.                  Case No.  2:13-CV-00865-MCE-EFB

15              Plaintiffs,                **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM OF LLOYD BURTON AND EFRAT OKOV**

16         v.

17  EFRAT OKEV, et al.

18              Defendants.

19

20  EFRAT OKEV, an individual, and LLOYD
    BURTON, an individual,
21
                Counterclaimants,
22
           v.
23
    KRISTI VERMA, an individual, and
24  VISHAL VERMA, an individual, and
    ZENTEK CORPORATION, a California
25  Corporation,

26              Counterdefendants.

27
         Plaintiffs and Counterdefendants Kristi Verma, Vishal Verma, and Zentek Corporation
28

(collectively, "Plaintiffs") requested a 15-day extension of time to respond to the counterclaim filed by Defendants and Counterclaimants Efrat Okev and Lloyd Burton (collectively, "Defendants") on February 16, 2014.  Defendants are amenable to such an extension. Accordingly, pursuant to Local Rule 144, the parties, by and through their undersigned counsel of record, hereby collectively agree and stipulate to the following:

    1. The time for Plaintiffs to file a responsive pleading shall be extended to **March 28, 2014**.

This is the first stipulation extending time to respond to the counterclaim.

Dated: March 6, 2014

**ARCHER NORRIS PLC**

/s/ Seth J. Schwartz
Seth J. Schwartz
Attorneys for Plaintiffs and Counterdefendants
Kristi Verma, Vishal Verma, and Zentek Corporation

Dated: March 6, 2014

**PFEIFFER FITZGIBBON & ZIONTZ LLP**

/s/ Thomas N. FitzGibbon (as authorized on March 6, 2014)
Thomas N. FitzGibbon
Attorneys for Defendants and Counterclaimants
Efrat Okev and Lloyd Burton

## ORDER

IT IS SO ORDERED.

**Dated:  March 17, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT