1  STIMMEL, STIMMEL & SMITH
   A Professional Corporation
2  LEE D. STIMMEL, ESQ. (State Bar No. 58405)
   e-mail: lstimmel@stimmel-law.com
3  155 Montgomery Street, 12th Floor
   San Francisco, California 94104-3973
4  Telephone: (415) 392-2018
   Facsimile: (415) 391-2124

5  ARCHER NORRIS LLP
   SETH J. SCHWARTZ (State Bar No. 103357)
6  e-mail: sschwartz@archernorris.com
7  2033 North Main Street, Suite 800
   Walnut Creek, CA 94596
8  Telephone: (925) 930-6600
   Facsimile: (925) 930-6620

9  Attorneys for Plaintiffs and Cross-Defendants
   KRISTI VERMA, VISHAL VERMA AND ZENTEK
10 CORPORATION, a California Corporation,

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| KRISTI VERMA, et al. | Case No. 2:13-CV-00865-MCE-EFB |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND CUTOFF FOR DISCOVERY AND DISCOVERY MOTION** |
| v. | |
| EFRAT OKEV, et al. | |
| Defendants. | |
| EFRAT OKEV, et al. | |
| Counterclaimants, | |
| v. | |
| KRISTI VERMA, et al, | |
| Counterdefendants. | |

Plaintiffs and Counterdefendants Kristi Verma, Vishal Verma, and Zentek Corporation (collectively, "Plaintiffs") requested a 60-day extension of time to hold open non-expert discovery. Defendants and counterclaimants are amenable to such an extension.

The parties attended a settlement conference in this lawsuit for breach of fiduciary duty, misappropriation of corporate assets and other related causes of action, in addition to a cross-complaint for involuntary corporate dissolution and indemnification, on June 9, 2014. The case did not settle at that time. The case involves voluminous and extensive electronic discovery being sought by both sides. There are numerous witnesses; the defendants live in St. Louis, Missouri. Counsel are in the process of exchanging documents, meeting and conferring re documents and working to set the parties' depositions, including those in the Midwest. The parties need an opportunity to analyze the documents before going forward with the depositions. Thousands of pages of documents are involved. Further, it may be necessary to notice additional depositions of several other witnesses, also located in the Midwest, depending on the parties' deposition testimony.

Defendants have produced thousands of pages of imaged documents that are being reviewed and in excess of 51,000 electronic files and may produce additional files. Plaintiffs are in the process of producing significant volumes of ESI. Each side is working with computer consultants to expedite the discovery of ESI and to minimize the cost. The parties have worked diligently to identify the relevant and responsive discovery materials, including ESI, and are working cooperatively to prepare the case for trial.

Counsel have agreed on a 60 day discovery extension. This extension will not interfere with any of the court's pre—trial dates.

Accordingly, pursuant to Rule 16(b) and Rule 29 of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby collectively agree and stipulate to the following:

1. The time for all parties to complete non-expert discovery shall be extended to October 21, 2014.

///

| | |
|---|---|
| Dated:  July 21, 2014 | **ARCHER NORRIS, PLC** |

By:   */s/ SETH J. SCHWARTZ*
**ORIGINAL SIGNATURE ON ECF-SUBMITTED VERSION**
Seth J. Schwartz
Co-Counsel for Plaintiffs and Counterdefendants
Kristi Verma, Vishal Verma, and Zentek Corporation

| | |
|---|---|
| Dated:  July 21, 2014 | **PFEIFFER FITZGIBBON & ZIONTZ LLP** |

By:   */s/ THOMAS N. FITZGIBBON*
Thomas N. FitzGibbon
Attorneys for Defendants and Counterclaimants
Efrat Okev and Lloyd Burton

## ORDER

**IT IS SO ORDERED.**

Dated:  July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT