Thomas N. FitzGibbon (SBN: 169194)
tom@pfzlaw.com
**PFEIFFER FITZGIBBON & ZIONTZ LLP**
233 Wilshire Boulevard, Ste. 220
Santa Monica, CA 90401
Telephone: (310) 451-5800
Facsimile: (310) 496-3175

Douglas S. Teasdale (*Admitted Pro Hac Vice*)
dteasdale@teasdalelaw.com
**TEASDALE & ASSOCIATES**
5017 Washington Place, Suite 302
St. Louis, MO 63108
Telephone: (314) 725-5353
Facsimile: (314) 454-0065

Attorneys for Defendants
*Lloyd Burton; Efrat Okev*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI VERMA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EFRAT OKEV, et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:13-cv-00865-MCE-EFB<br><br>**ORDER EXTENDING DISCOVERY CUTOFF AND EXPERT DISCLOSURE DEADLINE**<br><br>Complaint Filed:   May 2, 2013<br>Trial Date: June 22, 2015 |

     This Order Extending the Discovery Cutoff and Expert Disclosure Deadline (the

"**Order**") is made under Rule 16(b), Rule 26 and Rule 29 of the Federal Rules of Civil

Procedure and based on the Stipulation (the "Stipulation"; ECF No. 52) between Plaintiffs

Kristi Verma ("Kristi"), Vishal Verma ("Vishal"), and Zentek Corporation

("Zentek")(collectively "Plaintiffs"), on the one hand, and Defendants Efrat Okev ("Efrat"),

1  Lloyd Burton ("Lloyd"), and Augzenta Inc. ("Augzenta")(collectively "Defendants) on the
2  other hand (Plaintiffs and Defendants collectively referred to as the "Parties").

### Recitals

A. The discovery cutoff is currently set for October 21, 2014 (Docket No. 51) and the expert witness disclosure deadline is set for October 22, 2014 (Docket No. 43).

B. The Parties have submitted a Stipulation dated October 20, 2014 that requests an extension of the two dates above based on, inter alia, issues relating to the production and processing of electronically stored information.

### CONCLUSION

In light of the information provided in the Stipulation (ECF No. 52), the Court finds good cause for continuing the deadlines as requested. Accordingly:

1. The date to complete non-expert discovery, including any discovery motions, is EXTENDED to December 12, 2014.

2. The date to make expert witness disclosures is EXTENDED to December 29, 2014.

IT IS SO ORDERED.

Dated: October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT