UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI VERMA, VISHAL VERMA, AND ZENTEK CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EFRAT OKEV, et al.,<br><br>Defendants. | No. 2:13-cv-865-MCE-EFB<br><br><br>ORDER |

On November 24, 2014, plaintiffs filed a motion to compel defendant Efrat Okev to produce documents and a motion to compel defendants to produce Michael Prendergast for deposition. ECF Nos. 62, 63. Plaintiffs noticed their motions for hearing on February 4, 2015.

On March 18, 2014, the assigned district judge issued a Pretrial Scheduling Order, which provides that all discovery shall be completed by August 22, 2014. ECF No. 43 at 2. The order further provides that "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes related to discovery shall have been resolved by appropriate order if necessary, and, where discovery has been ordered, the order has been complied with." *Id*.

On July 31, 2014, the assigned district judge approved the parties' stipulation to extend the discovery cutoff date to October 21, 2014. ECF No. 51. On October 30, 2014, the assigned

1

district judge approved the parties' second stipulation to modify the scheduling order, this time extending the discovery cutoff to December 12, 2014.  ECF No. 54.  Thus, all discovery is required to be completed by December 12, 2014.

In light of the December 12, 2014 deadline, this court will have no authority to consider the motions compel on February 4, 2015.  Accordingly, the motions to compel, ECF Nos. 62, 63, are denied without prejudice and the February 4, 2015 hearing thereon is vacated.

So Ordered

DATED:  December 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE