Lee D. Stimmel (Bar No. 58405)
lstimmel@stimmel-law.com
STIMMEL, STIMMEL & SMITH
155 Montgomery Street, 12th Floor
San Francisco, California 94104-3973
Telephone:  415.39202018
Facsimile:  415.391.2124

Seth J. Schwartz (Bar No. 103357)
sschwartz@archernorris.com
David M. Marchiano (Bar No. 264809)
dmarchiano@archernorris.com
ARCHER NORRIS PLC
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:   925.930.6600
Facsimile:   925.930.6620

Attorneys for Plaintiffs and Counterdefendants
KRISTI VERMA, VISHAL VERMA and ZENTEK CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI VERMA, et al.<br><br>           Plaintiffs,<br><br>      v.<br><br>EFRAT OKEV, et al.<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  2:13-CV-00865-MCE-EFB<br><br>**ODER MODIFYING SCHEDULING ORDERS AND EXTENDING EXPERT DISCLOSURE & DISCOVERY DEADLINES**<br><br>Complaint Filed:   May 2, 2013<br>Trial Date:            June 22, 2015 |

This Order modifying the Court's Scheduling Orders (Docket Nos. 43 & & 54) and [1] extending the date for disclosure of expert witnesses and [2] setting a deadline for the completion of expert discovery (the "**Order**") is made pursuant to Federal Rule of Civil Procedure 16(b)(4) and Rule 26 and is based on the Stipulation dated December 24, 2014 between Plaintiffs Kristi Verma ("**Kristi**"), Vishal Verma ("**Vishal**"), and Zentek Corporation ("**Zentek**") (collectively

"**Plaintiffs**"), on the one hand, and Defendants Efrat Okev ("**Efrat**"), Lloyd Burton ("**Lloyd**"), and Augzenta, Inc. ("**Augzenta**") (collectively "**Defendants**") on the other hand (Plaintiffs and Defendants collectively referred to as the "**Parties**") with respect to the following recitals of fact:

## **RECITALS**

A. The deadline for disclosure of expert witnesses is currently set for December 29, 2014.

B. The Parties have submitted a Stipulation that proposes new dates for expert disclosure and discovery and confirms the Parties are in settlement negotiations and that continuance of the deadlines would further the possibility of settlement and will not result in the continuance of any other deadlines if negotiations are not successful.

In light of the information provided in the Stipulation, the court finds good cause for continuing the deadlines as requested, and accordingly:

**IT IS ORDERED THAT:**

1. The date for the Parties to make their expert disclosures in accordance with Rule 26(a)(2) is extended to February 13, 2015.
2. All expert discovery shall be completed by March 27, 2015.
3. All other pretrial and trial deadlines shall remain unchanged.

IT IS SO ORDERED.

Dated: January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT