Thomas N. FitzGibbon (SBN: 169194)
tom@pfzlaw.com
**PFEIFFER FITZGIBBON & ZIONTZ LLP**
233 Wilshire Boulevard, Ste. 220
Santa Monica, CA 90401
Telephone: (310) 451-5800
Facsimile: (310) 496-3175

Douglas S. Teasdale (*Admitted Pro Hac Vice*)
dteasdale@teasdalelaw.com
**TEASDALE & ASSOCIATES**
5017 Washington Place, Suite 302
St. Louis, MO 63108
Telephone: (314) 725-5353
Facsimile: (314) 454-0065

Attorneys for Defendants
*Lloyd Burton; Efrat Okev*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI VERMA, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>EFRAT OKEV, et al.<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:13-CV-000865-MCE (EFB)<br>[Assigned to the Hon. Morrison C. England, Jr. for All Purposes]<br><br>**ORDER MODIFYING SCHEDULING ORDERS AND EXTENDING EXPERT DISCLOSURE AND EXPERT DISCOVERY DEADLINES**<br><br>Complaint Filed:   May 2, 2013<br>Trial Date:             December 5, 2016 |

This Order modifying the Court's Scheduling Orders (Docket Nos. 43, 54 & 72) and [1] extending the date for disclosure of expert witnesses under Rule 26(a)(2) of the Federal Rules of Civil Procedure and [2] extending the deadline for the completion of expert discovery (the "**Order**"), is made pursuant to Federal Rule of Civil Procedure 16(b)(4) and Rule 26 and is based on the Stipulation dated February 10, 2015 between Plaintiffs Kristi Verma ("**Kristi**"), Vishal Verma ("**Vishal**"), and Zentek Corporation ("**Zentek**")(collectively

"**Plaintiffs**"), on the one hand, and Defendants Efrat Okev ("**Efrat**"), Lloyd Burton ("**Lloyd**"), and Augzenta Inc. ("**Augzenta**")(collectively "**Defendants**") on the other hand (Plaintiffs and Defendants collectively referred to as the "**Parties**") with respect to the following recitals of fact:

**Recitals**

A.   The deadline for disclosure of expert witnesses and their initial reports is February 13, 2015 and the deadline for the completion of expert witness discovery is March 27, 2015.

B.   The Parties have submitted a Stipulation that proposes new dates for expert disclosure and discovery and confirms the Parties are in settlement negotiations and that continuance of the deadlines would further the possibility of settlement and will not result in the continuance of any other deadlines if negotiations are not successful.

In light of the information provided in the Stipulation, the court finds good cause for continuing the deadlines as requested, and accordingly:

**IT IS ORDERED THAT:**

1.   The date for the Parties to make their expert disclosures in accordance with Rule 26(a)(2) is extended to May 13, 2015.

2.   All expert discovery shall be completed by June 30, 2015.

3.   All other pretrial and trial deadlines shall remain unchanged.

IT IS SO ORDERED.

Dated: February 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT