UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI VERMA, et al. | No. 13-cv-00865-MCE-DB |
| Plaintiffs, | |
| v. | **ORDER** |
| EFRAT OKEV, et al. | |
| Defendants. | |

On September 26, 2016, the Court, in review of the case docket, ordered Plaintiff Zentek Corporation to obtain counsel and to file a status report regarding the status of its current representation no later than October 11, 2016.  ECF No. 87.  On September 30, 2016, Defendants Efrat Okev, Lloyd Burton, and Augzenta, Inc. filed a Motion to (1) Dismiss Plaintiffs' Complaint For Failure to Comply With Court Orders or (2) to Preclude Plaintiffs From Offering Evidence.  ECF No. 88.  Plaintiff Zentek Corporation has failed to respond to the Court's September 26 Order, and all Plaintiffs have failed to file an Opposition or Statement of Non-Opposition to Defendants' Motion to Dismiss, as required under Eastern District of California Local Rule 230(c).  The Court on October 13, 2016 thus issued an order that all Plaintiffs show cause in writing by October 24, 2016 as to why the case should not be dismissed with prejudice, to which Plaintiffs have failed to respond.  ECF No. 89.

1

1 | The Court thus Orders that Plaintiffs' First Amended Complaint be DISMISSED
2 | with prejudice.  The Clerk of the Court is directed to close this case.
3 |     IT IS SO ORDERED.
4 | Dated: November 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE